IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SYLVESTER G. HOLLAND, JR.,

       Plaintiff,

v.                                       CIV 10-00556 WJ/KBM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on July 16, 2010 *(Doc. 7)*. The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. To-date, no objections have been filed and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition *(Doc. 7)* is ADOPTED;

2. Plaintiff's Motion to Proceed IFP *(Doc. 3)* is DENIED; and

3. Plaintiff's motion requesting appointment of counsel *(Doc. 4)* is DENIED AS MOOT.

4. Pursuant to the final order entered concurrently herewith, this action is DISMISSED WITHOUT PREJUDICE.

                                                        UNITED STATES DISTRICT JUDGE